IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00316-RPM

MARK LEON,

     Plaintiff,

v.

ATB SERVICES, LLC,

     Defendant.

---

## ORDER FOR DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice [10] filed July 29, 2011, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

Dated:  August 1st,  2011

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____

                                              Richard P. Matsch, Senior District Judge